UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SELWYN PAUL,

                    Plaintiff,

      -against-

AMERICAN EXPRESS,

                    Defendant.

22-CV-5728 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the March 13, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 13, 2023
            New York, New York

                                                  /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                               Chief United States District Judge